**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

JENKINS,                                      :

                Plaintiff,         :         09 Civ. 12 (RMB) (MHD)

         - against -              :         <u>**ORDER OF DISCONTINUANCE**</u>

                     :

ST. LUKE'S ROOSEVELT                          :
HOSPITAL CENTER, et al.,                      :

           Defendants.        :

------------------------------------------------------------------x

        The parties having failed to appear before the Court at the conference on February 26, 2009, it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendants may apply, on or before March 27, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
       February 26, 2009

                                  _____
                                    **Richard M. Berman, U.S.D.J.**

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/09